SDOH, 7/03

## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

| | | | |
|---|---|---|---|
| Name: | Joseph R. Thompson | Docket #: | 3:11CR00182 |
| Address: | 5153 Nebraska Ave  Dayton OH 45424 | Judge: | The Honorable Timothy R. Black<br>United States District Judge |

You have been ordered by the United States District Court to pay a special assessment of $ __1000__, restitution of $ __21,363.50__, and/or a fine of $ __0__, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the about of $__100__, commencing March 2013. This is based on the following analysis of your ability to pay: __Please see the attached report__

*/s/ /G R.F/*

Gregory R. Freson
2013.03.12 15:37:42 -04'00'

U. S. Probation Officer

**Order of the Court:** The Court orders minimum monthly payments of $ __100.00__ to commence on __March, 2013__ and to continue until the debt is satisfied or the Court alters the payment schedule.

__s/ Timothy S. Black__                          __3/14/2013__
Signature of Judicial Officer                    Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU